

# ORIGINAL

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE _____ **DISTRICT OF** _____ PENNSYLVANIA

Eric Joseph Epstein

## SUMMONS IN A CIVIL CASE

**V.**

Spencer Abraham, Secretary, U.S. Department of Energy; Herbert D. Watkins, Contracting Officer, United States Department of Energy

CASE NUMBER:   1:CV-01-682
                Judge Kane

FILED
HARRISBURG, PA

MAY 0 8 2001

MARY E. D'ANDREA, CLERK

TO: (Name and address of defendant)

(SEE COMPLAINT)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eric Joseph Epstein
4100 Hillsdale Road
Harrisburg, PA  17112
(717) 540-5773

an answer to the complaint which is herewith served upon you, within ___sixty (60)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MARY E. D'ANDREA                          April 19, 2001
_____          _____
CLERK                                    DATE

_____
(BY) DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Eric Joseph Epstein_ COURT CASE NUMBER _1: CV-01-682_

DEFENDANT _Department of Energy_ TYPE OF PROCESS _Certified Mail_

SERVE _Herbert Watkins_

(Name individual, company; corporation, etc. to be served)

AT _8th Floor, Room 8072, 1000 Independence Ave, S.W. Washington, DC. 20585_

(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .

_____

_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.

__✓__ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _Herbert Watkins,_

TITLE (IF ANY) OF PERSON SERVED: _____

ADDRESS WHERE SERVED: _8th Floor, Rm 8072, 1000 Independence Ave, S.W. Washington, 20585_

DATE AND TIME OF PERSONAL SERVICE: _____

REMARKS: _____

_____

_4/23/01_      _[signature]_

Date         Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Eric Joseph Epstein_ COURT CASE NUMBER _1:CV-01-682_

DEFENDANT _Department of Justice_ TYPE OF PROCESS _Certified Mail_

SERVE _John Ashcroft_
(Name individual, company; corporation, etc. to be served)

AT _950 Pennsylvania Ave, N.W., Washington, DC. 20530-0001_
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .
_____
_____

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.

✓ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _John Ashcroft, Attorney General_

TITLE (IF ANY) OF PERSON SERVED: _Attorney General_

ADDRESS WHERE SERVED: _950 Pennsylvania Ave, N.W., Washington, DC. 20530-0001._

DATE AND TIME OF PERSONAL SERVICE: _____

REMARKS: _____
_____

_4/23/01_
Date

_[signature]_
Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Eric Joseph Epstein_ COURT CASE NUMBER _1:CV-01-682_.
DEFENDANT _Department of Energy_ TYPE OF PROCESS _Certified Mail_

SERVE _Spencer Abraham, Secretary_
(Name individual, company; corporation, etc. to be served)

AT _1000 Independence Ave., S.W. Washington, D.C. 20585_
(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____.
_____

### CERTIFICATE OF SERVICE
I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.
_____ I have made service by mail as authorized by state law to the individual, company or corporation above.  Appropriate state law authorizing this type of service is _____.  If certified mail was authorized, attach green cards to this form.

✓ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process.  (See Remarks)

NAME OF PERSON SERVED: _Spencer Abraham_
TITLE (IF ANY) OF PERSON SERVED: _Secretary  U.S. D.O.E_
ADDRESS WHERE SERVED: _1000 Independence Ave, S.W._

DATE AND TIME OF PERSONAL SERVICE: _____
REMARKS: _____
_____

_4/23/01_                      _____
Date                          Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located.  Refer to the Notice of Judicial Assignment form.)

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

### RETURN OF SERVICE OF PROCESS

PLAINTIFF _Eric Joseph Epstein_   COURT CASE NUMBER _1:CV-01-682_

DEFENDANT _U.S. Attorney_   TYPE OF PROCESS _Hand Delivered_

SERVE _David Barisch, Esq_

(Name individual, company; corporation, etc. to be served)

AT _Federal Courthouse, Walnut Street, Harrisburg, PA_

(Show Address)

SPECIAL INSTRUCTIONS OR OTHER INFORMATION REGARDING SERVICE _____ .

_____

_____

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT:

_____ I have personally served individual, company or corporation above.

_____ I have made service by mail as authorized by state law to the individual, company or corporation above. Appropriate state law authorizing this type of service is _____ . If certified mail was authorized, attach green cards to this form.

_____ I have legal evidence of service, described under Remarks and attached hereto. (Domiciliary service, Substituted service.)

_____ I am unable to serve the process. (See Remarks)

NAME OF PERSON SERVED: _David Barisch, Esq._

TITLE (IF ANY) OF PERSON SERVED: _U.S. Attorney_

ADDRESS WHERE SERVED: _Walnut St., Harrisburg, PA._

DATE AND TIME OF PERSONAL SERVICE: _____

REMARKS: _____

_____

_4/23/01_   _E. Joseph Epstein_

Date       Signature of Process Server

RETURN THE ORIGINAL OF THIS FORM WITH THE ORIGINAL SUMMONS FORM TO:
OFFICE OF THE CLERK OF COURT, U.S. DISTRICT COURT
(Clerk's address in which the assigned judge is located. Refer to the Notice of Judicial Assignment form.)