UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

1:01-CV-682

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I John Patrick Almeida, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: 119 D Street S.E. #4, Washington D.C. 20003

    Residence Telephone: (202)546-3367

My office address is: U.S. Department of Justice, Environment and Natural Resources Division, P.O. Box 663 Washington D.C. 20044

    Office Telephone:   (202)305-0245

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Judicial Court of Massachusetts

My attorney Identification number is: 643441.

FILED
HARRISBURG, PA

FOR COURT USE ONLY

JUN 2 1 2001

MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

____ GENERAL ADMISSION:

BEFORE JUDGE _____   Date: _____
                U.S. DISTRICT JUDGE

X SPECIAL ADMISSION:

GRANTED: _____   Date: 6/21/01
           U.S. DISTRICT JUDGE

RECEIVED
JUN 18 2001
MARY E. D'ANDREA, CLERK

fee waived

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

None.

I do not have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain:

I am seeking:

\_\_\_\_   General Admission under Local Rule LR 83.8

X       Special Admission (specify by a check which rule) under

Local Rule LR 83.9.1.

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows:

I am a trial attorney with the Environment and Natural Resources Division of the U.S. Department of Justice and I represent the Department of Energy and its officials and employees in their official capacity in this matter.

ALSO NAME THE PARTY YOU REPRESENT:

Secretary of the U.S. Department of Energy Spencer Abraham, U.S. Department of Energy Contracting Officer Herbert D. Watkins.

If special admission is requested for a particular case, please list case number and caption:

Case  # 1:CV 01-0682

Caption # Eric Joseph Epstein v. Spencer Abraham, Herbert D. Watkins

- 2 -

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

3) If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_John P. Almeida_
PETITIONER

010666727
(Social Security Number)

June 12 2001
(Date)

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

*As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:*

1. *The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.*

2. *I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.*

3. *I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.*

4. *Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.*

5. *I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.*

6. *I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.*

7. *Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.*

8. *I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.*

9. *Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.*

I agree to subscribe to the above
Code of Professional Conduct:

_John P. Almeida_
Signature



**U.S. Department of Justice**

Environment and Natural Resources Division

jpa-kjh
90-1-4-10332

*General Litigation Section*  
*P.O. Box 663*  
*Washington, DC 20044-0663*

*Telephone (202) 305-0504*  
*Facsimile (202) 305-0506*

June 12, 2001

Ms. Mary E. D'Andrea
Clerk of the Court
U.S. Courthouse
228 Walnut Street
Harrisburg, Pennsylvania 17108

    Re:   <u>Epstein v. Abraham</u>, Civ. No. 01-0682

Dear Ms. D'Andrea,

I am writing to you pursuant to the Middle District of Pennsylvania's Local Rule 83.9.5 regarding the special admission of John Patrick Almeida as counsel of record in <u>Epstein v. Abraham</u>, Civ. No. 01-0682. Mr. Almeida is seeking special admission pursuant to Local Rule 83.9.1 as an attorney representing the United States. I am an Assistant Section Chief of the General Litigation Section of the Environment and Natural Resources Division of the Department of Justice, and I serve as Mr. Almeida's supervisor. Mr. Almeida is the trial attorney from the Department of Justice representing federal defendants in this matter.

Sincerely,

Wells D. Burgess
Assistant Section Chief