ORIGINAL

FILED
HARRISBURG
JUL 0 2 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOSEPH EPSTEIN )<br>　　Plaintiff, )<br> )<br>v. )<br> )<br>SPENCER ABRAHAM, et al. )<br>　　Defendants. )<br> ) | Civ. No. 01-0682<br>Judge Kane |

**NOTICE OF CHANGE OF ADDRESS FOR DEFENDANTS' COUNSEL**

Federal Defendants hereby give notice of the new address of John P. Almeida, counsel for Federal Defendants in the above-captioned litigation.

Service of all papers by U.S. Mail should be addressed as follows:

John P. Almeida
U.S. Department of Justice
Environment and Natural Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044-0663

1

Express deliveries (Federal Express, etc.) should be addressed to:

> John P. Almeida
> U.S. Department of Justice
> Environment and Natural Resources Division
> General Litigation Section
> 601 D Street NW, Room 3550
> Washington, D.C. 20004

Facsimiles may be transmitted to the undersigned at (202)305-0506. Counsel can be reached by telephone at (202)305-0245.

DATED this 29th day of June, 2001.

Respectfully submitted,

              JOHN C. CRUDEN
              Acting Assistant Attorney General

              */s/ John P. Almeida*
              JOHN P. ALMEIDA
              Massachusetts State Bar #643441
              U.S. Department of Justice
              Environment and Natural Resources Division
              General Litigation Section
              P.O. Box 663
              Washington, D.C. 20044
              (202)305-0245 (telephone)
              (202)305-0506 (fax)

              Attorney for Defendant