*see att*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC J. EPSTEIN,<br>Plaintiff | : : : : | CIVIL ACTION NO.<br>1:CV-01-682 |
| v. | : : | Judge Kane |
| SPENCER ABRAHAM, et al.,<br>Defendants | : : : : : | |

FILED
HARRISBURG, PA

JUL 13 2001

MARY E. D'ANDREA, CLERK
PER _____ DEPUTY CLERK

## O R D E R

**AND NOW** this 12th day of July, 2001, **IT IS HEREBY ORDERED THAT** the unopposed motion of Exelon Generation Company, LLC for leave to intervene as a party defendant (doc. 6) is GRANTED. Exelon Generation Company shall be added to the caption of this case as a party defendant and shall have the right to full participation in this case, including without limitation the right to participate in all haring, proceedings and other matters before this Court.

_____
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

July 13, 2001

Re:  1:01-cv-00682    Epstein v. Abraham


True and correct copies of the attached were mailed by the clerk
to the following:


    Eric Joseph Epstein
    4100 Hillsdale Rd.
    Harrisburg, PA  17112

    John P. Almeida, Esq.
    U.S. Department of Justice
    Environment & Natural Resources Division
    601 D St NW, Room 3550
    P.O. Box 663
    Washington, DC  20044    Fax No.: (202) 305-0506


    Vincent Candiello, Esq.
    Morgan, Lewis & Bockius
    One Commerce Square
    417 Walnut St.
    Harrisburg, PA  17101

    Brad Fagg, Esq.
    Morgan, Lewis & Bockius LLP
    1800 M. Street, N.W.
    Washington, DC  20009

    A. C. Brooke Clagett, Esq.
    Morgan, Lewis & Bockius LLP
    1800 M. Street, N.W.
    Washington, DC  20009

    Edward J. Cullen Jr., Esq.
    Exelon Corporation
    2301 Market Street
    Philadelphia, PA  19103

    Jeffrey J. Norton, Esq.
    Exelon Corporation
    2301 Market Street
    Philadelphia, PA  19103

```
cc:
Judge                         ( ✓ )              ( ) Pro Se Law Clerk
Magistrate Judge              ( )                ( ) INS
U.S. Marshal                  ( )                ( ) Jury Clerk
Probation                     ( )
U.S. Attorney                 ( )
Atty. for Deft.               ( )
Defendant                     ( )
Warden                        ( )
Bureau of Prisons             ( )
Ct Reporter                   ( )
Ctroom Deputy                 ( )
Orig-Security                 ( )
Federal Public Defender       ( )
Summons Issued                ( )   with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5           ( )
Order to Show Cause           ( )   with Petition attached & mailed certified mail
                                    to: US Atty Gen   ( )   PA Atty Gen ( )
                                        DA of County  ( )   Respondents ( )
Bankruptcy Court              ( )
Other_____          ( )
                                                    MARY E. D'ANDREA, Clerk

DATE: _____7-13-01_____                        BY: _____GTG_____
                                                    Deputy Clerk
```