CC: Fagg, Ct

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR   :
ADMISSION TO PRACTICE IN THIS COURT   :

### PETITION

CV-01-682

I __Brad Fagg__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is:   4003 Garrison Street

Residence Telephone:   202-686-4873

My office address is:   1800 M St., NW; Washington, DC 20036

Office Telephone:   202-467-7191

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

United States District Court for the District of Columbia - 7/07/97

District of Columbia Court of Appeals - 7/10/92

Appellate Division of the Supreme Court of the State of New York - 9/24/90

My attorney Identification number is: 433645 (D.D.C.)  .

**FILED**
HARRISBURG, PA

FOR COURT USE ONLY

JUL 18 2001

MARY E. D'ANDREA, CLERK
Per _____
     Deputy Clerk

____ GENERAL ADMISSION:

BEFORE JUDGE _____      Date: _____
              U.S. DISTRICT JUDGE

✓ SPECIAL ADMISSION:

GRANTED: _____   Date: 17 July 01
              U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

None

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".) None

I do ____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 ____, LR 83.9.2 ____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: I am the principal attorney for a party with respect to issues raised in a currently pending action.

ALSO NAME THE PARTY YOU REPRESENT:

Exelon Generation Company, LLC

If special admission is requested for a particular case, please list case number and caption:

Case # CV-010682

Caption # Eric J. Epstein v. Spencer Abraham, et. al.

I understand that:

1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

3) If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

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
(Social Security Number)

7/10/01
(Date)