*See attach*

FILED 8/30
HARRISBURG
AUG 29 2001
MARY E. D'ANDREA, CLERK
Per _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOSEPH EPSTEIN, : | CIVIL ACTION NO. |
| Plaintiff : | 1:CV-01-682 |
| : | |
| v. : | Judge Kane |
| : | |
| SPENCER ABRAHAM, Secretary of : | |
| the U.S. Department of Energy; HERBERT : | |
| WATKINS, Contracting Officer, U.S. : | |
| Department of Energy, : | |
| Defendants : | |

## O R D E R

**AND NOW** this 29th day of August, 2001, **IT IS HEREBY ORDERED THAT** defendant's motion to continue the scheduling conference pending the Court's ruling on the motion to dismiss is **GRANTED. IT IS FURTHER ORDERED THAT** the case management conference scheduled for September 21, 2001 at 2:00 p.m. is **CANCELLED.**

_/s/ Yvette Kane_
Yvette Kane
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

August 29, 2001

Re:  1:01-cv-00682   Epstein v. Abraham

True and correct copies of the attached were mailed by the clerk to the following:

Eric Joseph Epstein
4100 Hillsdale Rd.
Harrisburg, PA  17112

John P. Almeida, Esq.
U.S. Department of Justice
Environment & Natural Resources Division
601 D St NW, Room 3550
P.O. Box 663
Washington, DC  20044   Fax No.: (202) 305-0506

Vincent Candiello, Esq.
Morgan, Lewis & Bockius
One Commerce Square
417 Walnut St.
Harrisburg, PA  17101

Brad Fagg, Esq.
Morgan, Lewis & Bockius LLP
1800 M. Street, N.W.
Washington, DC  20009

A. C. Brooke Clagett, Esq.
Morgan, Lewis & Bockius LLP
1800 M. Street, N.W.
Washington, DC  20009

Edward J. Cullen Jr., Esq.
Exelon Corporation
2301 Market Street
Philadelphia, PA  19103

Jeffrey J. Norton, Esq.
Exelon Corporation
2301 Market Street
Philadelphia, PA  19103

```
cc:
Judge                          ( )              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )  with N/C attached to complt. and served by:
                                    U.S. Marshal ( )    Pltf's Attorney ( )

Standard Order 93-5            ( )
Order to Show Cause            ( )  with Petition attached & mailed certified mail
                                    to:  US Atty Gen   ( )    PA Atty Gen ( )
                                         DA of County  ( )    Respondents ( )

Bankruptcy Court               ( )
Other_____ ( )
                                                MARY E. D'ANDREA, Clerk
```

DATE: 8/29/01                                   BY: _____
                                                    Deputy Clerk