IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC J. EPSTEIN | : | CIVIL ACTION NO. CV-010682 |
| Plaintiff, | : | |
| v. | : | (JUDGE YVETTE KANE) |
| SPENCER ABRAHAM, et al. | : | |
| Defendants. | : | |

FEB 0 4 2002

**NOTICE OF CHANGE OF ADDRESS OF COUNSEL
FOR INTERVENOR EXELON GENERATION COMPANY, LLC**

PLEASE TAKE NOTICE that undersigned counsel for Intervenor Exelon Generation Company, LLC, has moved offices. The new address, telephone, and facsimile number are as follows:

> Morgan, Lewis & Bockius LLP
> 1111 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Main Telephone: (202) 739-3000
> Facsimile: (202) 739-3001

The address for Vincent Candiello in Philadelphia office of Morgan Lewis has not changed.

Respectfully submitted,

Brad Fagg
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 739-5191

January 30, 2002

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 2002, I caused a copy of the Notice of Change of Address of Counsel for Intervenor Exelon Generation Company, LLC, to be served by first-class mail, postage prepaid, to the following:

Eric J. Epstein
4100 Hillsdale Road
Harrisburg, PA 17112

John P. Almeida
U.S. Department of Justice
Environmental & Natural
Resources Division
General Litigation Section
P.O. Box 663
Washington, D.C. 20044

Brad Fagg