IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOSEPH EPSTEIN,<br>Plaintiff, | |
| | CIVIL ACTION NO. 01-0682 |
| v. | |
| | Judge Kane |
| SPENCER ABRAHAM, Secretary of the<br>United States Department of Energy;<br>HERBERT WATKINS,<br>Contracting officer, United States<br>Department of Energy, | |
| | FILED<br>HARRISBURG |
| and | |
| | APR - 4 2002 |
| EXCELON GENERATION COMPANY, LLC<br>Defendants. | MARY E. D'ANDREA, CLERK<br>Per_____<br>DEPUTY CLERK |

### ORDER

Before the Court is the Defendants' motion to dismiss for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Two matters affecting jurisdiction and justiciability were not raised or briefed by the parties.

Issue 1: Jurisdiction

Does The Nuclear Waste Policy Act, 42 U.S.C. § 10139(a) prevent this Court from exercising jurisdiction over Count One of Plaintiff's complaint? Does § 10139(a) preclude jurisdiction over Count Two?

Issue 2: Standing

Does the Plaintiff have standing to bring Count One of his Complaint under the National Environmental Policy Act, 42 U.S.C. § 4331 – 32? More specifically, can standing be asserted under the APA, 5 U.S.C. § 702, to challenge the failure to conduct an Environmental Impact Statement?

Therefore, the parties shall file supplemental briefs only on the above issues as follows:

1. By April 19, 2002, each Defendant shall submit a brief of no longer than fifteen (15) pages, double spaced, and supporting documents, if any.

2. By May 8, 2002, Plaintiff shall file a response brief of no longer than fifteen (15) pages, double spaced, and supporting documents, if any.

3. Defendants may, if necessary, file replies of up to ten (10) pages by May 17, 2002.

**IT IS SO ORDERED**.

Yvette Kane
United States District Judge

Dated: April 3, 2002