IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIC JOSEPH EPSTEIN )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SPENCER ABRAHAM, Secretary of the )<br>U.S. Department of Energy; HERBERT )<br>WATKINS, Contracting Officer, U.S. )<br>Department of Energy )<br>    Defendants. )<br>_____) | Civ. No. 01-0682<br>Judge Kane<br><br>FILED<br>HARRISBURG<br><br>APR 2 4 2002<br><br>MARY E. D'ANDREA, CLERK<br>Per_____<br>        DEPUTY CLERK |

**ORDER**

Upon review of the materials submitted by Federal Defendants, and for good cause shown, Federal Defendants' Motion is granted, and it is hereby ordered that this Court's April 3, 2002 Order is amended to provide all parties an additional two weeks to file supplemental briefs. Defendants shall submit a brief by May 3, 2002; Plaintiff shall submit a brief by May 22, 2002; Defendants may file a reply brief by May 31, 2002.

DATED: 4/24/02

_____
Yvette Kane
U.S. District Court Judge